# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**CHADDRICK PIPER**                                                                      **CIVIL ACTION**

**VERSUS**

**STATE OF LOUISIANA**                                                       **NO.: 16-00481-BAJ-RLB**

### RULING AND ORDER

Before the Court is Petitioner Chaddrick Piper's **Petition for Writ of Habeas Corpus (Doc. 1)**. The Magistrate Judge issued a **Report and Recommendation (Doc. 6)**, recommending that the Court dismiss Petitioner's application for habeas corpus relief without prejudice as premature, and that the Court deny Petitioner's request for a certificate of appealability should he pursue an appeal in this case. (Doc. 6 at p. 5).

The Report and Recommendation specifically notified Petitioner that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 6 at p. 1). Petitioner filed no objections.

Having carefully considered the **Petition for Writ of Habeas Corpus (Doc. 1)** and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation (Doc. 6) and **ADOPTS** it as the Court's opinion in this matter.

Accordingly, and for the reasons explained in the Magistrate Judge's Report and Recommendation,

1

IT IS ORDERED that the **Petition for Writ of Habeas Corpus (Doc. 1)** is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED because Petitioner has failed to "ma[ke] a substantial showing of the denial of a constitutional right" in accordance with 28 U.S.C. § 2253(c)(2).

Baton Rouge, Louisiana, this 17th day of November, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA